IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PAMELA J. SMITH, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 08-4230-CV-C-GAF |
| THE CURATORS OF THE ) UNIVERSITY OF MISSOURI, et al., ) | |
| Defendants. ) | |

## ORDER

Presently before the Court is Defendants Curators of the University of Missouri, Ralph Lawrence Dessem, James R. Devine, and Lee Henson's ("Defendants") Motion to Dismiss. (Doc. #18). As Plaintiff Pamela J. Smith has not filed any response to the Motion or responded to the Court's Order to Show Cause why Defendants' Motion to Dismiss should not be granted (Doc. #20), Defendants' Motion to Dismiss is GRANTED.[1] Defendants' request for costs and attorney's fees related to filing the instant Motion is also GRANTED.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: May 27, 2009

---

[1] Pursuant to Fed. R. Civ. P. 41(b), the dismissal is with prejudice.