IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PAMELA J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08-4230-CV-C-GAF |
| | ) |
| THE CURATORS OF THE | ) |
| UNIVERSITY OF MISSOURI, | ) |
| RALPH LAWRENCE DESSEM, | ) |
| JAMES R. DEVINE and LEE HENSON, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION FOR APPROVAL OF**
**ATTORNEYS' FEES AWARDED AT DOCKET NUMBERS 17 AND 21**

Now pending before the Court is Defendants' Motion for Approval of Attorneys' Fees Awarded at Docket Numbers 17 and 21. For good cause shown, it is

ORDERED that Defendants' attorneys are granted their fees in regard to the preparation and filing of the Motion to Dismiss in the amount of $3,575.00, and Defendants are further granted their fees in regard to their Motion for Sanctions in the amount of $3,867.00, for a total award of $7,442.00.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: June 29, 2009